**Opinion issued August 14, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00403-CV

_____

**SANDRA L. HERNANDEZ-RAMIREZ, Appellant**

**V.**

**ALIEF INDEPENDENT SCHOOL DISTRICT, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-39561**

---

## MEMORANDUM OPINION

Appellant Sandra L. Hernandez-Ramirez filed her notice of appeal on April 4, 2025. Appellant did not pay her appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court,

in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 24-9047 (Tex. July 26, 2024). The Clerk of this Court notified Appellant that unless she paid the appellate filing fee by July 25, 2025, her appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellant has not paid the appellate filing fee nor established indigence for purposes of appellate costs.

Appellant also failed to pay, or make arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 34.1. We notified Appellant that her appeal could be dismissed for want of prosecution if the clerk's record was not filed. *See* TEX. R. APP. P. 37.3(a), (b). We directed Appellant to submit written evidence from the trial court clerk by August 7, 2025, reflecting she paid, or made arrangements to pay, the fee for preparing the clerk's record. To date, Appellant has not responded to this Court's notice and the clerk's record has not been filed.

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

2